IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LAKESHIA R. EDMOND,** *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:24-cv-00525-O-BP |
| **EECU,** *et al.*, | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Ms. Edmond is **DENIED** leave to file this suit and that the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. It is further **ORDERED** that Ms. Edmond **SHALL PAY** a monetary sanction to the Court in the amount of $250.

**SO ORDERED** on this **10th** day of **July, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE